# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page: 1-1

**Case No.:** 22-41166-TJT
**Case Name:** CARE RITE PHARMACY, INC.

**For Period Ending:** 03/31/2024

**Trustee Name:** (420360) Stuart A. Gold
**Date Filed (f) or Converted (c):** 02/18/2022 (f)
**§ 341(a) Meeting Date:** 03/17/2022
**Claims Bar Date:** 06/13/2022

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | CASH ON HAND | 30.00 | 0.00 | | 0.00 | FA |
| 2 | BUSINESS CHECKING ACCOUNT ACCOUNT AT CHASE BANK ACCOUNT, XXXXXX1382 | 500.00 | 0.00 | | 0.00 | FA |
| 3 | ACCOUNTS RECEIVABLE | 70,816.68 | 70,816.68 | | 6,105.85 | 64,710.83 |
| 4 | OFFICE EQUIPMENT<br>* Abandoned per 09/08/22 Notice of Trustee's Intent to Abandon Personal Property [doc #30] | 10,000.00 | 0.00 | OA | 0.00 | FA |
| 5 | WWW.CARE-RITE.COM. | 100.00 | 0.00 | | 0.00 | FA |
| 6 | PHARMACY LICENSE. | 0.00 | 0.00 | | 0.00 | FA |
| 7 | GOODWILL, SIGNAGE, DOING BUSINESS AS NAME "CARE RITE PHARMACY". | 500.00 | 0.00 | | 0.00 | FA |
| 8 | Potential avoidable transfers (u) | 0.00 | 120,000.00 | | 37,200.00 | 12,800.00 |
| 9 | Preference v. Spartan Stores Distribution (AP #23-4152) (u) | 0.00 | 10,000.00 | | 10,000.00 | FA |
| **9** | **Assets Totals (Excluding unknown values)** | **$81,946.68** | **$200,816.68** | | **$53,305.85** | **$77,510.83** |

**Major Activities Affecting Case Closing:**

03/2024 -- Continue to monitor structured settlement payments; Payments current
05/23/23 -- Motion Authorizing Trustee to Compromise Claims with Spartan Stores Distribution, LLC filed; Order entered 06/19/23 [doc #45]
04/12/23 -- Preference Complaint filed by Trustee v. Spartan Stores Distribution LLC (AP #23-4152)
03/2023 -- Monitor structured settlement payments; payments current
01/20/23 -- App to Employ Mueller & Company PC as Accountants for Trustee filed; Order entered 01/20/23
09/08/22 -- Notice of Trustee's Intent to Abandon Personal Property filed; CNR filed 09/27/22
08/24/22 -- Motion to Approve Compromise with Nabil Bhatt filed by Trustee; Order entered 09/20/22 [doc #32]
06/06/22 -- Complaint filed by Trustee v. Nabil Bhatti to avoid fraudulent transfers (AP #22-4097)
03/14/22 -- Notice of Asset filed; Claim bar date is 06/13/22
03/02/22 -- Notice of Appointment of Patient Care Ombudsman filed -- Erika Hart appointed
03.2022 -- Review business books and records; Investigate for possible avoidable transfers; Pursue accounts receivable

**Initial Projected Date Of Final Report (TFR):** 03/01/2024    **Current Projected Date Of Final Report (TFR):** 03/01/2025

04/19/2024
Date

/s/Stuart A. Gold
Stuart A. Gold

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-1

| | | |
|---|---|---|
| Case No.: | 22-41166-TJT | Trustee Name: Stuart A. Gold (420360) |
| Case Name: | CARE RITE PHARMACY, INC. | Bank Name: Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***1607 | Account #: ******6484 Checking |
| For Period Ending: | 03/31/2024 | Blanket Bond (per case limit): $2,000,000.00 |
| | | Separate Bond (if applicable): N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/17/22 | {3} | Rx Reverse Distributors, Inc, | Account Receivable | 1121-000 | 967.53 | | 967.53 |
| 03/21/22 | {3} | RXCrossroads | Account Receivable | 1121-000 | 455.53 | | 1,423.06 |
| 03/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 1,418.06 |
| 04/06/22 | {3} | Outcomes | Account Receivable | 1121-000 | 330.00 | | 1,748.06 |
| 04/21/22 | {3} | Grange Insurance Company | Account Receivable | 1121-000 | 32.25 | | 1,780.31 |
| 04/29/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 1,775.31 |
| 05/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 1,770.31 |
| 06/09/22 | {3} | Strategic Health Alliance II, Inc. | Account Receivable | 1121-000 | 3,471.58 | | 5,241.89 |
| 06/21/22 | {3} | Outcomes | Account Receivable | 1121-000 | 90.00 | | 5,331.89 |
| 06/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 7.05 | 5,324.84 |
| 07/29/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 8.24 | 5,316.60 |
| 08/03/22 | 101 | Anil Sakhuja | Witness Fee Stopped on 11/09/2022 | 2990-000 | | 40.00 | 5,276.60 |
| 08/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 9.37 | 5,267.23 |
| 09/09/22 | | Nabil Bhatti | Settlement P/O 09/20/22 [doc #32] | | 15,000.00 | | 20,267.23 |
| | {8} | | Payment #0 on Asset #8 Potential avoidable transfers $15,000.00 | 1241-000 | | | |
| 09/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 25.33 | 20,241.90 |
| 10/11/22 | | Nabil Bhatti | Settlement P/O 09/20/22 [doc #32] | | 1,100.00 | | 21,341.90 |
| | {8} | | Payment #1 on Asset #8 Potential avoidable transfers $1,100.00 | 1241-000 | | | |
| 10/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 32.47 | 21,309.43 |
| 11/09/22 | 101 | Anil Sakhuja | Witness Fee Stopped: check issued on 08/03/2022 | 2990-000 | | -40.00 | 21,349.43 |
| 11/14/22 | | Nabil Bhatti | Settlement P/O 09/20/22 [doc #32] | | 1,100.00 | | 22,449.43 |
| | {8} | | Payment #2 on Asset #8 Potential avoidable transfers $1,100.00 | 1241-000 | | | |
| 11/29/22 | | Transfer Debit to TriState Capital Bank acct XXXXXX0261 | Transition Debit to TriState Capital Bank acct XXXXXX0261 | 9999-000 | | 22,449.43 | 0.00 |

| Account | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 9 | Deposits | 22,546.89 | 1 | Checks | 0.00 |
| 0 | Interest Postings | 0.00 | 8 | Adjustments Out | 97.46 |
| | Subtotal | 22,546.89 | 1 | Transfers Out | 22,449.43 |
| 0 | Adjustments In | 0.00 | | Total | 22,546.89 |
| 0 | Transfers In | 0.00 | | | |
| | Total | 22,546.89 | | | |

22-41166-tjt  Doc 58  Filed 04/19/24  Entered 04/19/24 13:56:14  Page 2 of 6

{ } Asset Reference(s)     Page Subtotals: $0.00    $0.00    ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

| | |  | | |
|---|---|---|---|---|
| Case No.: | 22-41166-TJT | Trustee Name: | Stuart A. Gold (420360) | |
| Case Name: | CARE RITE PHARMACY, INC. | Bank Name: | TriState Capital Bank | |
| Taxpayer ID #: | **-***1607 | Account #: | ******0261 Checking Account | |
| For Period Ending: | 03/31/2024 | Blanket Bond (per case limit): | $2,000,000.00 | |
| | | Separate Bond (if applicable): | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction / Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/29/22 | | Transfer Credit from Metropolitan Commercial Bank acct XXXXXX6484 | Transition Credit from Metropolitan Commercial Bank acct XXXXXX6484 / 9999-000 | 22,449.43 | | 22,449.43 |
| 11/30/22 | | TriState Capital Bank | Bank and Technology Services Fees / 2600-000 | | 37.44 | 22,411.99 |
| 12/12/22 | | Nabil Bhatti | Settlement P/O 09/20/22 [doc #32] | 1,100.00 | | 23,511.99 |
| | {8} | | Payment #3 on Asset #8 Potential avoidable transfers / 1241-000  $1,100.00 | | | |
| 12/16/22 | {3} | Strategic Health Alliance II, Inc. | Account Receivable / 1121-000 | 579.74 | | 24,091.73 |
| 12/30/22 | | TriState Capital Bank | Bank and Technology Services Fees / 2600-000 | | 37.41 | 24,054.32 |
| 01/03/23 | 1000 | INSURANCE PARTNERS | Blanket Bond / 2300-000 | | 8.63 | 24,045.69 |
| 01/11/23 | | Nabil Bhatti | Settlement P/O 09/20/22 [doc #32] | 1,100.00 | | 25,145.69 |
| | {8} | | Payment #4 on Asset #8 Potential avoidable transfers / 1241-000  $1,100.00 | | | |
| 01/16/23 | {3} | Rx Reverse Distributors, Inc. | Account Receivable / 1121-000 | 91.85 | | 25,237.54 |
| 01/31/23 | | TriState Capital Bank | Bank and Technology Services Fees / 2600-000 | | 42.35 | 25,195.19 |
| 02/14/23 | | Nabil Bhatti | Settlement P/O 09/20/22 [doc #32] | 1,100.00 | | 26,295.19 |
| | {8} | | Payment #5 on Asset #8 Potential avoidable transfers / 1241-000  $1,100.00 | | | |
| 02/28/23 | | TriState Capital Bank | Bank and Technology Services Fees / 2600-000 | | 38.51 | 26,256.68 |
| 03/13/23 | | Nabil Bhatti | Settlement P/O 09/20/22 [doc #32] | 1,100.00 | | 27,356.68 |
| | {8} | | Payment #6 on Asset #8 Potential avoidable transfers / 1241-000  $1,100.00 | | | |
| 03/31/23 | | TriState Capital Bank | Bank and Technology Services Fees / 2600-000 | | 44.54 | 27,312.14 |
| 04/12/23 | | Nabil Bhatti | Settlement P/O 09/20/22 [doc #32] | 1,100.00 | | 28,412.14 |
| | {8} | | Payment #7 on Asset #8 Potential avoidable transfers / 1241-000  $1,100.00 | | | |
| 04/28/23 | | TriState Capital Bank | Bank and Technology Services Fees / 2600-000 | | 41.79 | 28,370.35 |
| 05/12/23 | | Nabil Bhatti | Settlement P/O 09/20/22 [doc #32] | 1,100.00 | | 29,470.35 |
| | {8} | | Payment #8 on Asset #8 Potential avoidable transfers / 1241-000  $1,100.00 | | | |
| 05/31/23 | | TriState Capital Bank | Bank and Technology Services Fees / 2600-000 | | 51.13 | 29,419.22 |
| 06/12/23 | | Nabil Bhatti | Settlement P/O 09/20/22 [doc #32] | 1,100.00 | | 30,519.22 |
| | {8} | | Payment #9 on Asset #8 Potential avoidable transfers / 1241-000  $1,100.00 | | | |
| | | | Page Subtotals: | $30,821.02 | $301.80 | |

{ } Asset Reference(s)                                                                 ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-3

| | | |
|---|---|---|
| Case No.: | 22-41166-TJT | |
| Case Name: | CARE RITE PHARMACY, INC. | |
| Taxpayer ID #: | **-***1607 | |
| For Period Ending: | 03/31/2024 | |

| | |
|---|---|
| Trustee Name: | Stuart A. Gold (420360) |
| Bank Name: | TriState Capital Bank |
| Account #: | ******0261 Checking Account |
| Blanket Bond (per case limit): | $2,000,000.00 |
| Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/28/23 | {9} | SpartanNash | Compromise P/O 06/19/23 [doc #45] | 1241-000 | 10,000.00 | | 40,519.22 |
| 06/30/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 49.27 | 40,469.95 |
| 07/12/23 | | Nabil Bhatti | Settlement P/O 09/20/22 [doc #32] | | 1,100.00 | | 41,569.95 |
| | {8} | | Payment #10 on Asset #8 Potential avoidable transfers $1,100.00 | 1241-000 | | | |
| 07/27/23 | 1001 | Gold, Lange, Majoros & Smalarz, P.C. | Attorney for Trustee fees ($12,000.00) and expenses ($135.52) P/O 07/26/23 [doc #49] | | | 12,135.52 | 29,434.43 |
| | | Gold, Lange, Majoros & Smalarz, P.C. | Attorney for Trustee fees P/O 07/26/23 [doc #49] $12,000.00 | 3110-000 | | | |
| | | Gold, Lange, Majoros & Smalarz, P.C. | Attorney for Trustee expenses P/O 07/26/23 [doc #49] $135.52 | 3120-000 | | | |
| 07/31/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 63.04 | 29,371.39 |
| 08/07/23 | | Nabil Bhatti | Settlement P/O 09/20/22 [doc #32] | | 1,100.00 | | 30,471.39 |
| | {8} | | Payment #11 on Asset #8 Potential avoidable transfers $1,100.00 | 1241-000 | | | |
| 08/16/23 | 1002 | Erika D. Hart | Patient Care Ombudsman fees ($1,276.50) and expenses ($1.30) P/O 08/15/23 [doc #51] | | | 1,277.80 | 29,193.59 |
| | | Erika D. Hart | Patient Care Ombudsman fees P/O 08/15/23 [doc #51] $1,276.50 | 3991-000 | | | |
| | | Erika D. Hart | Patient Care Ombudsman expenses P/O 08/15/23 [doc #51] $1.30 | 3992-000 | | | |
| 08/31/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 52.72 | 29,140.87 |
| 09/13/23 | | Nabil Bhatti | Settlement P/O 09/20/22 [doc #32] | | 1,100.00 | | 30,240.87 |
| | {8} | | Payment #12 on Asset #8 Potential avoidable transfers $1,100.00 | 1241-000 | | | |
| 09/29/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 46.08 | 30,194.79 |
| 10/12/23 | | Nabil Bhatti | Settlement P/O 09/20/22 [doc #32] | | 1,500.00 | | 31,694.79 |
| | {8} | | Payment #13 on Asset #8 Potential avoidable transfers $1,500.00 | 1241-000 | | | |
| 10/31/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 53.14 | 31,641.65 |
| 11/13/23 | | Nabil Bhatti | Settlement P/O 09/20/22 [doc #32] | | 1,500.00 | | 33,141.65 |
| | {8} | | Payment #14 on Asset #8 Potential avoidable transfers $1,500.00 | 1241-000 | | | |

Page Subtotals: $16,300.00 $13,677.57

{ } Asset Reference(s)                                                                               ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case No.: 22-41166-TJT | Trustee Name: | Stuart A. Gold (420360) |
| Case Name: CARE RITE PHARMACY, INC. | Bank Name: | TriState Capital Bank |
| Taxpayer ID #: **-***1607 | Account #: | ******0261 Checking Account |
| For Period Ending: 03/31/2024 | Blanket Bond (per case limit): | $2,000,000.00 |
| | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/29/23 | 1003 | INSURANCE PARTNERS | Blanket Bond<br>Voided on 12/18/2023 | 2300-000 | | 3.87 | 33,137.78 |
| 11/30/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 52.07 | 33,085.71 |
| 12/08/23 | 1004 | Gold, Lange, Majoros & Smalarz, P.C. | Attorney for Trustee fees P/O 12/08/23 [doc #55] | 3110-000 | | 5,250.00 | 27,835.71 |
| 12/12/23 | {3} | Rx Reverse Distributors, Inc. | Account Receivable | 1121-000 | 87.37 | | 27,923.08 |
| 12/18/23 | | Nabil Bhatti | Settlement P/O 09/20/22 [doc #32] | | 1,500.00 | | 29,423.08 |
| | {8} | | Payment #15 on Asset #8<br>Potential avoidable transfers<br>$1,500.00 | 1241-000 | | | |
| 12/18/23 | 1003 | INSURANCE PARTNERS | Blanket Bond<br>Voided: check issued on 11/29/2023 | 2300-000 | | -3.87 | 29,426.95 |
| 12/20/23 | 1005 | INSURANCE PARTNERS | Blanket Bond | 2300-000 | | 15.97 | 29,410.98 |
| 12/29/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 48.01 | 29,362.97 |
| 01/02/24 | 1006 | Mueller & Company, P.C. | Accountant for Trustee fees P/O 12/21/23 [doc #57] | 3410-000 | | 3,127.50 | 26,235.47 |
| 01/12/24 | | Nabil Bhatti | Settlement P/O 09/20/22 [doc #32] | | 1,500.00 | | 27,735.47 |
| | {8} | | Payment #16 on Asset #8<br>Potential avoidable transfers<br>$1,500.00 | 1241-000 | | | |
| 01/31/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 49.65 | 27,685.82 |
| 02/12/24 | | Nabil Bhatti | Settlement P/O 09/20/22 [doc #32] | | 1,500.00 | | 29,185.82 |
| | {8} | | Payment #17 on Asset #8<br>Potential avoidable transfers<br>$1,500.00 | 1241-000 | | | |
| 02/29/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 44.13 | 29,141.69 |
| 03/11/24 | | Nabil Bhatti | Settlement P/O 09/20/22 [doc #32] | | 1,500.00 | | 30,641.69 |
| | {8} | | Payment #18 on Asset #8<br>Potential avoidable transfers<br>$1,500.00 | 1241-000 | | | |
| 03/29/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 46.46 | 30,595.23 |

| Account | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 20 | Deposits | 30,758.96 | 7 | Checks | 21,815.42 |
| 0 | Interest Postings | 0.00 | 17 | Adjustments Out | 797.74 |
| | Subtotal | 30,758.96 | 0 | Transfers Out | 0.00 |
| 0 | Adjustments In | 0.00 | | Total | 22,613.16 |
| 1 | Transfers In | 22,449.43 | | | |
| | Total | 53,208.39 | | | |

Page Subtotals: $6,087.37   $8,633.79

{ } Asset Reference(s)                                                                                          ! - transaction has not been cleared

# Form 2
# Cash Receipts And Disbursements Record

Page: 2-5

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 22-41166-TJT | | **Trustee Name:** | Stuart A. Gold (420360) |
| **Case Name:** | CARE RITE PHARMACY, INC. | | **Bank Name:** | TriState Capital Bank |
| **Taxpayer ID #:** | **-***1607 | | **Account #:** | ******0261 Checking Account |
| **For Period Ending:** | 03/31/2024 | | **Blanket Bond (per case limit):** | $2,000,000.00 |
| | | | **Separate Bond (if applicable):** | N/A |

| | |
|---:|---:|
| Net Receipts: | $53,305.85 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $53,305.85 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******6484 Checking | $22,546.89 | $97.46 | $0.00 |
| ******0261 Checking Account | $30,758.96 | $22,613.16 | $30,595.23 |
| | **$53,305.85** | **$22,710.62** | **$30,595.23** |